**Order entered March 26, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01312-CV

### CHAN PAK, Appellant

### V.

### AD VILLARAI, LLC, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06030**

## ORDER

We **GRANT** appellant's March 23, 2015 unopposed motion to consolidate. We **ORDER** the appeal docketed as appellate cause number 05-15-00128-CV **CONSOLIDATED** into the appeal docketed as appellate cause number 05-14-01312-CV. We **DIRECT** the Clerk of this Court to transfer all papers from appellate cause number 05-15-00128-CV to appellate cause number 05-14-01312-CV. Henceforth, all documents shall bear appellate cause number 05-14-01312-CV.

It appears to the Court that the record is now complete. Accordingly, appellant's brief is due **THIRTY DAYS** from the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to counsel for all parties.

/s/  ELIZABETH LANG-MIERS
    JUSTICE